Matter of Wilson (Commissioner of Labor) (2024 NY Slip Op 04498)

Matter of Wilson (Commissioner of Labor)

2024 NY Slip Op 04498

Decided on September 19, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 19, 2024

CV-23-0089
[*1]In the Matter of the Claim of Melissa Wilson, Appellant. Commissioner of Labor, Respondent.

Calendar Date:August 30, 2024

Before:Garry, P.J., Clark, Pritzker, Fisher and Powers, JJ.

Aaron M. Gavenda, Rochester, for appellant.
Letitia James, Attorney General, New York City (Mary Hughes of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 13, 2022, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.
Decision affirmed. No opinion.
Garry, P.J., Clark, Pritzker, Fisher and Powers, JJ., concur.
ORDERED that the decision is affirmed, without costs.